IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| RELIA ANN SCOTT, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: CV 07-85 |
| | ) 3:07-CV-901-WC |
| FORD MOTOR COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:   Hon. Eddie D. Mallard
      Macon County Circuit Court Clerk
      Macon County Courthouse
      101 E. Northside Street
      PO Box 830723
      Tuskegee, AL 36083

Re:   *Relia Ann Scott, et al. v. Ford Motor Company*
      In the Circuit Court for Macon County, Alabama
      Civil Action No. CV-07-85

Please take notice that Ford Motor Company, Defendant in the above-styled action, on the 5th day of October, 2007, filed its Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Middle District of Alabama, Eastern Division.

H. Lanier Brown, II
John Isaac Southerland
Attorneys for Defendant, Ford Motor Company

**OF COUNSEL:**
HUIE, FERNAMBUCQ AND STEWART, LLP
Three Protective Center
2801 Highway 280 South
Birmingham, Alabama 35223
Telephone: (205) 251-1193
Fax: (205) 251-1256

01122722.1/1050-0283

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above and foregoing on the following parties by placing same in the United States Mail, postage prepaid and properly addressed on this 5thday of October, 2007.

Walter McGowan, Esq.
GRAY, LANGFORD, SAPP, McGOWAN, GRAY,
 GRAY & NATHANSON, P.C.
P. O. Box 830239
Tuskegee, AL 36083-0239

Keith Blakemore d/b/a Car Care
4703 A Plainfield
Houston, TX 77036

Harold Holly Emmers, Jr.
10830 Harvest Sun Drive
Houston, TX 77064

Robert E. Ammons
The Ammons Law Firm
3700 Montrose Boulevard
Houston, TX 77006
713-523-4159

_____
Of Counsel