IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RELIA ANN SCOTT, et al § 
 § 
Plaintiffs, § 
vs. § CASE NO. 3:07-cv-901
 § 
FORD MOTOR COMPANY, et al § 
 § 
Defendants. § 

## NON-RESIDENT ATTORNEY'S MOTION TO PARTICIPATE *PRO HAC VICE*

Comes Now Robert E. Ammons, applicant herein, and respectfully represents the following:

1. Applicant is an attorney and a member of the law firm of The Ammons Law Firm, L.L.P., 3700 Montrose Boulevard, Houston, Texas 77006 [telephone 713-523-1606, facsimile 713-523-4159], and files this motion *pro hac vice* to appear before the Court, under the authority of the Rules Governing Admission to the Alabama Star Bar.

2. Applicant has been retained personally or as a member of the above-named firm by Plaintiffs to provide legal representation in connection with the above styled matter now pending before the above-named court of the State of Alabama.

3. Since May 12, 1988, applicant has been, and presently is, a member in good standing of the Bar of the highest court of the State of Texas, where applicant regularly practices law.

4. Attached is a Certificate of Good Standing from the United States District Court, Southern District of Texas, Houston Division.

5. Applicant has been admitted to practice before the following courts:

| | |
|---|---|
| Supreme Court of Texas | May 12, 1988 |
| U.S.D.C./Southern District/Texas | June 1, 1990 |
| U.S.D.C./Western District/Texas | November 14, 2003 |
| U.S.D.C./Eastern District/Texas | December 20, 1995 |
| Florida State Bar | April 23, 1990 |
| New York State Bar | May 1, 2006 |

Applicant is presently a member in good standing of the Bars of the courts listed above.

6. Applicant has never been and is not presently subject to any disbarment proceedings.

7. Applicant has never been and is not presently subject to any suspension proceedings.

8. Applicant has never had any certificate of privilege to appear and practice before any administrative body suspended or revoked.

9. Applicant, either by resignation, withdrawal or otherwise, has never terminated or attempted to terminate applicant's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

10. Applicant or a member of applicant's firm has filed an application to appear as counsel *pro hac vice* during the past three (3) years in the following matters in the State of Alabama:

Date of Application: 7/30/07
Name of Applicant: Robert E. Ammons
Case No. & Style: 07-85; Relia Ann Scott, as Administratrix of the Estate of Nathan Billings, Deceased; et al vs. Ford Motor Company, et al
Court: In the Circuit Court of Macon County, Alabama
Application Granted: 8/27/07

11. Local counsel of record associated with applicant in this matter is Walter E. McGowan, who has offices at 108 Eastside Street, Tuskegee, Macon County, Alabama, 36083, telephone 334-727-4830.

12. Applicant agrees to comply with the provisions of the Alabama Rules of Professional Conduct, and applicant consents to the jurisdiction of the courts and the disciplinary boards of the State of Alabama.

13. Applicant respectfully requests to be admitted to practice in the above-named court or administrative agency for this cause only.

Respectfully submitted,

THE AMMONS LAW FIRM, L.L.P.

_____
Robert E. Ammons
State Bar No. 01159820
3700 Montrose
Houston, TX 77006
Telephone: 713-523-1606
Facsimile: 713-523-4159

THE STATE OF TEXAS    §
                      §
COUNTY OF HARRIS      §

I, Robert E. Ammons, do hereby swear or affirm under penalty of perjury that I am the applicant in the above-styled matter, that I have read the foregoing application and know the contents thereof, and that the contents are true of my own knowledge, except as to those matters stated on information and belief, and that as to those matters I believe them to be true.

_____
Robert E. Ammons

Subscirbed and sworn to before me this __19__ day of October, 2007.

_____
Notary Public in and for the State of Texas
My Commission Expires: 4-23-09

3

I hereby consent, as local counsel of record, to the association of applicant in this cause pursuant to the Rules Governing Admission to the Alabama State Bar.

_____
Walter E. McGowan

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this motion upon all counsel of record in accordance with the Rules, on October 22, 2007.

_____
Walter E. McGowan

4

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
§
SOUTHERN DISTRICT OF TEXAS §



I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **Robert E. Ammons**, Federal ID No. **11742** was duly admitted to practice in said Court on **June 1, 1990** and is in good standing as a member of the bar of said Court.

Dated October 17, 2007 at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _Carmen Peebles_
Carmen Peebles
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RELIA ANN SCOTT, et al | § § § | |
| Plaintiffs, | § | |
| vs. | § | CASE NO. 3:07-cv-901 |
| | § § | |
| FORD MOTOR COMPANY, et al | § § | |
| Defendants. | § | |

## ORDER GRANTING NON-RESIDENT ATTORNEY'S MOTION TO MOTION TO PARTICIPATE *PRO HAC VICE*

The Court, having received the Non-Resident Attorney's Motion to Participate *Pro Hac Vice* filed by Robert E. Ammons, requesting to practice *pro hac vice* in the above case pending before this Court, and the Court having found that said applicant has complied with the Rules of this Court, it is hereby

ORDERED, ADJUDGED and DECREED that Robert E. Ammons is hereby admitted to practice *pro hac vice* as an associate counsel before the United States District Court, Middle District of Alabama, Eastern Division, for the purpose of assisting local counsel, Walter E. McGowan, in the representation of Plaintiffs for this cause only.

DATED this _____ day of _____, 2007.


_____
JUDGE PRESIDING

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000807
Cashier ID: brobinso
Transaction Date: 10/22/2007
Payer Name: AMMONS LAW FIRM
-----------------------------------
PRO HOC VICE
 For: ROBERT E AMMONS
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
-----------------------------------
CHECK
 Check/Money Order Num: 2440
 Amt Tendered:   $20.00
-----------------------------------
Total Due:       $20.00
Total Tendered:  $20.00
Change Amt:      $0.00

3:07CV901 PHV
```