IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RELIA ANN SCOTT, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07cv901-WC |
| | ) |
| FORD MOTOR COMPANY, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of Plaintiff Relia Ann Scott's Motion to admit Robert E. Ammons (Doc. #4), filed on 22 October 2007, and it appearing that he is a member in good standing of the United States District Court for the Southern District of Texas, it is

ORDERED that the motion (Doc. #4) is GRANTED.

DONE this 23rd day of October, 2007.

          /s/ Wallace Capel, Jr.
          WALLACE CAPEL, JR.
          UNITED STATES MAGISTRATE JUDGE