IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RELIA ANN SCOTT, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07cv901-WC |
| | ) |
| FORD MOTOR COMPANY, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On 31 October 2007, Plaintiffs filed a motion to remand and brief in support (Doc. #6).  Upon consideration of Plaintiffs' motion, it is hereby

ORDERED that on or before 16 November 2007, Defendants shall file a response and brief in opposition to the motion.  Thereafter, the motion shall be deemed submitted, and the Court will not consider any further pleadings filed by the parties on this issue.

DONE this 5th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE