# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **RELIA ANN SCOTT, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CASE NO. 3:07-901-WC |
| | ) |
| **FORD MOTOR COMPANY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## CONFLICT DISCLOSURE STATEMENT OF FORD MOTOR COMPANY

COMES NOW the Defendant, FORD MOTOR COMPANY ("Ford"), a Corporation, and pursuant to Federal Rule of Civil Procedure 7.1, files its Corporate Disclosure Statement, respectfully showing to the Court as follows:

Ford has no parent corporation, nor does any publicly held corporation own 10% or more of Ford's stock.

    s/ John Isaac Southerland
D. Alan Thomas
H. Lanier Brown, II
John Isaac Southerland
Attorneys for Defendant Ford Motor Company
HUIE, FERNAMBUCQ & STEWART, LLP
Protective Center Bldg. 3
Suite 200
2801 Highway 280 South
Birmingham, AL 35223-2484
Ph: (205) 251-1193
Fax: (205) 251-1256
jis@hfsllp.com

# CERTIFICATE OF SERVICE

I hereby certify that on <u>19th</u> day of December**,** 2007**,** I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing and/or by depositing a copy of same in the United States Mail, postage prepaid and properly addressed on the following:

Walter McGowan, Esq.
GRAY, LANGFORD, SAPP, McGOWAN, GRAY,
 GRAY & NATHANSON, P.C.
P. O. Box 830239
Tuskegee, AL 36083-0239

Keith Blakemore d/b/a Car Care
4703 A Plainfield
Houston, TX 77036

Harold Holly Emmers, Jr.
10830 Harvest Sun Drive
Houston, TX 77064

Robert E. Ammons
The Ammons Law Firm
3700 Montrose Boulevard
Houston, TX 77006

        /s/ John Isaac Southerland
        Of Counsel