IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>EASTERN</u> DIVISION

<u>RELIA ANN SCOTT, ET AL</u>,  )
)
    Plaintiff, )
)
v. ) CASE NO. <u>3:07-cv-00901</u>
)
<u>FORD MOTOR COMPANY, ET AL.,</u> )
)
    Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>HAROLD EMMERS, JR.</u>, a **Defendant** in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>         <u>Relationship to Party</u>

12/19/2007
Date

Robert Simms Thompson
(Signature)

Robert Simms Thompson
(Counsel's Name)

Harold Emmers, Jr.
Counsel for (print names of all parties)
308 North Elm Street
Tuskegee, Alabama 36083
Address, City, State Zip Code
334-727-6463
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

## CERTIFICATE OF SERVICE

I, ROBERT SIMMS THOMPSON, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail & U.S. Mail, set out below (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 19th day of December 2007, to:

Via electronic mail to: Houston L. Brown, II, Tiffany N. Johnson, Walter E. McGowan

John Isaac Southerland & Donald A. Thomas

Via U.S. Mail to: Keith Blakemore, 9703A Plainfield, Houston, TX 77036

12/19/2007
Date

Robert Simms Thompson
Signature