**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 20, 2008

NOTICE OF REASSIGNMENT

To: All Counsel of Record

Re: Scott et al v. Ford Motor Company et al.
Civil Action No. 3:07-cv-00901-WC

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now  *3:07-cv-00901-MHT*.

This new case number should be used on all future correspondence and pleadings in this action.